IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION



FILED
AUG 0 1 2018
Clerk, U.S District Court
District Of Montana
Great Falls

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH CELL PHONE NUMBERS (406) 740-0413; (406) 720-0993; and (406) 301-3958 THAT ARE STORED AT PREMISES CONROLLED BY VERIZON WIRELESS | MJ 18-51-GF-JTJ<br><br>ORDER |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application and Affidavit for Search Warrant and Search Warrants filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this ___1___ day of August 2018.

HON. JOHN T. JOHNSTON
U.S. Magistrate Judge